### 14407.  MOULTON *v.* THE STATE.

LUKE, J. In view of the note of the trial judge in approving the grounds of the amended motion for a new trial in this case, there is no merit in the special assignments of error. The evidence amply authorized the defendant's conviction, and it was not error for any reason assigned to overrule the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*
DECIDED MAY 15, 1923.

Accusation of furnishing liquor to minor; from city court of Oglethorpe — Judge Greer. February 12, 1923.

*Robinson & Fort,* for plaintiff in error.

*John B. Guerry, solicitor,* contra.

---

### 14408.  MOULTON *v.* THE STATE.

BLOODWORTH, J. Under the qualifying notes of the trial judge there is no merit in either of the special grounds of the motion for a new trial; the evidence amply supports the finding of the jury, and the judgment must be       *Affirmed. Broyles, C. J., and Luke, J., concur.*
DECIDED MAY 15, 1923.

Accusation of possessing liquor; from city court of Oglethorpe — Judge Greer. February 12, 1923.

*Robinson & Fort,* for plaintiff in error.

*John B. Guerry, solicitor,* contra.